# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**

DEC 4 2014

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ cp _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 13CR3960-DMS |
| Plaintiff, | |
| vs. | **JUDGMENT OF DISMISSAL** |
| ANA NELLY ROMERO, | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

\_\_\_\_ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_\_ the Court has dismissed the case for unnecessary delay; or

\_X\_ the Court has granted the motion of the Government for dismissal, with prejudice; or

\_\_\_\_ the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_\_ a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_\_ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the ~~Indictment/~~Information:

8:1324(a)(2)(B)(iii);18:2 - Bringing in Illegal Aliens Without

Presentation; Aiding and Abetting

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/4/2014

Mitchell D. Dembin
U.S. Magistrate Judge